UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

MAY 06 2026

U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

v.

DOMINQUE AARON DENDY,

Defendant.

_____/

Case: 4:26-cr-20262
Judge: Behm, F. Kay
MJ: Ivy, Curtis

Violation:
21 U.S.C. § 841(a)(1)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
21 U.S.C. § 841(a)(1)
*Possession of Methamphetamine with Intent to Distribute*

On or about April 13, 2026, in the Eastern District of Michigan, the defendant, Dominque Aaron Dendy, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

1

It is further alleged that the controlled substance involved was 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule 2 controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

**THIS IS A TRUE BILL.**

JEROME F. GORGON JR.
United States Attorney

s/GRAND JURY FOREPERSON

s/ANTHONY P. VANCE
Anthony P. Vance
Assistant United States Attorney
Chief, Branch Offices

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Jules.DePorre@usdoj.gov
P73999

Dated: May 6, 2026

2

| Companion Case information MUST be completed by ⌐ | Case: 4:26-cr-20262 | |
|---|---|---|
| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Co** | Judge: Behm, F. Kay<br>MJ: Ivy, Curtis |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☑ No | **AUSA's Initials:** JMD |

**Case Title:** USA v.  Dominque Aaron Dendy

**County where offense occurred :**  Genesee

**Check One:**     ☑ Felony          ☐ Misdemeanor          ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    __X_Indictment/____Information --- based upon prior complaint [Case number: 26-mj-30198____]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 6, 2026
    Date

*[signature]* Jules M. DePorre

Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013